**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 26th day of November, 2013.**



_____
Robert D. Berger
United States Bankruptcy Judge

## United States Bankruptcy Court
### District of Kansas

In re  **Donald Keen**　　　　　　　　　　　　　　　Case No.  **12-21339**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　 Chapter  **13**

### ORDER APPROVING MOTION TO SELL 1500 SHARES OF YELLOW SUB, INC.

**THIS MATTER** comes on for consideration of Debtor's Motion to Sell 1,500 shares of Yellow Sub, Inc. Notice with Opportunity for Hearing on the motion was properly given, no timely objections filed and no hearing was held on the matter.

**WHEREUPON** the Court makes the following findings of fact and conclusions of law:

　　1. Debtors filed bankruptcy herein on May 16, 2012 and have a confirmed plan with plan payments voluntarily made.

　　2. William H. Griffin has been appointed trustee.

　　3. At the time of filing the property held by debtor were secured and pledged to Robert Jones, (hereinafter known as the "Redeemed Stockholder").

United States Bankruptcy Court
District of Kansas
In re: Donny Keen
Case No. 12-21339
Order granting Motion to Sell 1,500 Shares of Yellow Sub, Inc.
November 25, 2013, Page 2

4. Based upon the debt owed by debtor and other non-filing stockholders, similarly indebted to the Redeemed Stockholder, there was nothing available for liquidation purposes pursuant to 11 USC §1325(a)(4).

5. Due to declining health of debtor, the non-filing stockholders have proposed a buyout of Debtor's shares for the sum of $3,000 and have agreed to continue to employ Debtor for the period of five years from September, 30, 2013. A copy of the Redemption Agreement and Employment Agreement are attached hereto and incorporation herein by reference as if more fully set out.

6. The proceeds of the sale will be turned over to the Chapter 13 Trustee for distribution according to the confirmed plan.

7. It is in the best interest of the Debtors that the property be sold and the proceeds be paid to the Trustee, pending further order of the Court and the Debtor be employed for a period of five years from September 30, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Debtor's Motion to Sell 1,500 Shares of Yellow Sub, Inc. is sustained, according to the terms described herein.

###

**United States Bankruptcy Court**
**District of Kansas**
**In re: Donny Keen**
**Case No. 12-21339**
**Order granting Motion to Sell !,500 Shares of Yellow Sub, Inc.**
**November 25, 2013, Page 3**

Submitted by:

**JONATHAN C. BECKER**
**ATTORNEY AT LAW, P.A.**


/s/ Jonathan C. Becker_____
Jonathan C. Becker, #13983
3120 Mesa Way, Suite B
Lawrence, KS  66049-2344
785/842-0900
785/371-0952 (Fax)
jayhawkattorney@gmail.com
Attorney for Debtors


and


/s/ William H.Griffin _____
William H. Griffin,#08060
Ch. 13 Trustee
6330 Lamar, Suite 110
Overland Park, KS 66202-4286
913/677-1311

United States Bankruptcy Court
District of Kansas

In re:  
Donald K Keen  
    Debtor

Case No. 12-21339-RDB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1083-2     User: ktoni     Page 1 of 1     Date Rcvd: Nov 26, 2013  
                      Form ID: pdf020     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2013.
```
db         +Donald K Keen,    2463 Jasu Dr.,    Lawrence, KS 66046-4456
cr         +Capital One NA,    Bass and Associates PC,    3936 E Ft Lowell Road Suite 200,
             Tucson, AZ 85712-1083
cr         +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bncmail@w-legal.com Nov 27 2013 01:26:02      Azurea I, LLC,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr          +E-mail/Text: bncmail@w-legal.com Nov 27 2013 01:26:02      Oak Harbor Capital VII, LLC,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bank Of America, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2013                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2013 at the address(es) listed below:
```
          Alyssa Marie Cronce    on behalf of Creditor    Bank Of America, N.A.
           alyssa.cronce@bankofamerica.com
          Ashley King    on behalf of Creditor    Bank Of America, N.A. aking5@bankofamerica.com
          Ashley Osborn    on behalf of Creditor    Bank Of America, N.A. ksbkecf@southlaw.com
          Dean R Prober    on behalf of Creditor    Bank Of America, N.A. cmartin@pralc.com
          Jonathan C Becker    on behalf of Debtor Donald K Keen jayhawkattorney@gmail.com,
           jhawkbarrister@gmail.com
          Patti H Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
          William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 8
```